UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

EDWARD EARL THOMAS,

        Plaintiff,

v.

        Case Number 06-10364-BC
        Honorable. David M. Lawson
        Magistrate Judge Charles E. Binder

MERCK AND COMPANY, INC.

        Defendants.
_____/

## ORDER DISMISSING PLAINTIFF'S MOTION TO AMEND FOR LACK OF JURISDICTION

        This matter is before the Court on the plaintiff's motion to amend his complaint. However, on April 7, 2006, this case was transferred to the Judicial Panel on Multidistrict Litigation in the United States District Court for the Eastern District of Louisiana pursuant to 28 U.S.C. § 1407. As a result, this Court is without jurisdiction to grant the relief the plaintiff seeks. The plaintiff, therefore, should direct his request to the multidistrict litigation panel.

        Accordingly, it is **ORDERED** that the plaintiff's motion to amend [dkt # 18] is **DISMISSED** for lack of jurisdiction.

        s/David M. Lawson
        DAVID M. LAWSON
        United States District Judge

Dated: June 7, 2006

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on June 7, 2006.

        s/Tracy A. Jacobs
        TRACY A. JACOBS